1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SAMUEL R. SPENCER,                        No.  2:20-cv-01266 TLN AC

12              Plaintiff,

13        v.                                    ORDER

14    ROBERT F. SINCLAIR, et al.,

15              Defendants.

16

17          The court is in receipt of plaintiff's ex parte request to participate in electronic filing

18    pursuant to Local Rule 133(b)(3).  ECF No. 4.  The court has reviewed the filing and, finding

19    good cause, GRANTS plaintiff's request.  The Clerk of Court is hereby ordered to make the

20    necessary arrangements to allow plaintiff to participate in electronic filing for this case.

21          IT IS SO ORDERED.

22    DATED: July 7, 2020

23

24    ALLISON CLAIRE
      UNITED STATES MAGISTRATE JUDGE

25

26

27

28