UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL R. SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. SINCLAIR, et al.,<br><br>Defendants. | No. 2:20-cv-01266-TLN-AC<br><br>**ORDER** |

Plaintiff, an individual proceeding *pro se*, brought this action seeking to invalidate a decision issued by the Nevada County Superior Court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 3, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 28.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 29.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 3, 2020, are ADOPTED IN FULL; and

2. Defendants motions to dismiss at ECF Nos. 6, 9, and 13 are GRANTED, and Plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction without leave to amend.

3. The Clerk of Court is directed to close the case.

DATED: October 21, 2020

_____
Troy L. Nunley
United States District Judge

2