UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL R. SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. SINCLAIR, et al.,<br><br>Defendants. | No. 2:20-cv-01266-TLN-AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On October 23, 2020, plaintiff filed a Request for Clarification. ECF No. 33. Plaintiff's case was closed on October 22, 2020. ECF No. 32. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

The court construes plaintiff's request (ECF No. 33) as a motion. Plaintiff's motion at ECF No. 33 will not be considered as this case is closed.

IT IS SO ORDERED.

DATED: October 26, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE