UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL R. SPENCER, | No. 2:20-cv-01266-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT F. SINCLAIR, et al., | |
| Defendants. | |

Plaintiff proceeds in this action *pro se*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 24, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 38.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 45.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 24, 2020, are adopted in full; and
2. Plaintiff's motions (ECF Nos. 35, 36, 37) are DENIED.

DATED: January 19, 2021

Troy L. Nunley
United States District Judge

1