UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL R. SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. SINCLAIR, et al.,<br><br>Defendants. | No. 2:20-cv-01266 TLN AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On January 21, 2021, plaintiff filed a motion for leave to file overlength briefing related to a post-judgment motion. ECF No. 47. Plaintiff's case is closed. ECF No. 46. Plaintiff is advised that documents filed by plaintiff since the closing date, with the exceptions of proper post-judgment motions pursuant to Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60, will be disregarded and no orders will issue.

Plaintiff's motion to file excess pages does not specify what type of motion he contemplates. However, based on plaintiff's excessive filing in this case and the fact that the court has already found itself to be without jurisdiction, the undersigned sees no good cause to allow plaintiff to file any overlength briefs. Accordingly, plaintiff's motion at ECF 47 is DENIED.

DATED: January 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE